AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

—— **OFFENSE CHARGED** ——

SEE ATTACHED

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

PENALTY:
SEE ATTACHED

— **DEFENDANT - U.S.** —

JACOB B. GIBBS

**DISTRICT COURT NUMBER**

CR 07 0410

MAG

—— **PROCEEDING** ——
Name of Complaintant Agency, or Person (&Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: **SHOW DOCKET NO.**
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**

Name and Office of Person
Furnishing Information on THIS FORM **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    WENDY THOMAS

—— **DEFENDANT** ——

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▸ 5/21/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed   Month/Day/Year

**DATE OF ARREST** ▸   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▸   Month/Day/Year

☐ This report amends AO 257 previously submitted

—— **ADDITIONAL INFORMATION OR COMMENTS** ——

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time:

Before Judge:

Comments:

**Penalty Sheet Attached**
**United States v. Jason Gibbs**
**File Number: 2007R00778**

## Offense Charged

**(1)**  **Count one:**  36 C.F.R. § 1004.23(a)(1) - Operating Under the Influence of Alcohol - Class B Misdemeanor.

**(2)**  **Count two:**  36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle with a Blood or Breath Alcohol Percentage of 0.08% or more - Class B Misdemeanor.

**(3)**  **Count three:** 36 C.F.R. § 1004.2(a) Assimilating Cal. V.C. § 23103(a) - Reckless Driving - Class B Misdemeanor.

## Penalty

**(1)**  **Count one:**  Maximum prison term of 6 months
Maximum fine of $5,000
Mandatory special assessment fee of $10

**(2)**  **Count two:**  Maximum prison term of 6 months
Maximum fine of $5,000
Mandatory special assessment fee of $10

**(3)**  **Count three:** Maximum prison term of 6 months
Maximum fine of $5,000
Mandatory special assessment fee of $10



SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
07 JUN 28 AM II: 01
CLERK, RICHARD W. WILKING
NORTHERN U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA                    MAG

SAN FRANCISCO DIVISION

CR                                    U 4 1 0

UNITED STATES OF AMERICA,               No.

    Plaintiff,

v.

JACOB B. GIBBS,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

VIOLATIONS:  36 C.F.R. §1004.23(a)(1)
- Operating a Motor Vehicle Under the
Influence of Alcohol; 36 C.F.R.
§1004.23(a)(2) - Operating a Motor
Vehicle With a Blood Alcohol Content
Over 0.08%; 36 C.F.R. § 1004.2(a) -State
Law Applicable within Presidio Trust -
Assimilating Cal. V.C. § 23103(a) -
Reckless Driving

SAN FRANCISCO VENUE

<u>I N F O R M A T I O N</u>

The United States Attorney charges:

<u>COUNT ONE</u>:          36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the
                      Influence of Alcohol

    On or about May 21, 2007, in the Northern District of California, within the boundaries

of an area administered by the Presidio Trust and land under the exclusive jurisdiction of the

United States, the defendant,

JACOB B. GIBBS,

was operating or in actual physical control of a motor vehicle while under the influence of

INFORMATION

1  alcohol, drugs, or any combination thereof, to a degree that rendered him incapable of safe

2  operation in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a

3  Class B Misdemeanor.

4

5  COUNT TWO:          36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood
                       Alcohol Content over 0.08%
6

7      On or about May 21, 2007, in the Northern District of California, within the boundaries

8  of an area administered by the Presidio Trust and land under the exclusive jurisdiction of the

9  United States, the defendant,

10                                    JACOB B. GIBBS,

11  was operating or in actual physical control of a motor vehicle while having at least 0.08

12  percent, by weight, of alcohol in his breath, in violation of Title 36, Code of Federal

13  Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

14

15  COUNT THREE:        36 C.F.R. § 1004.2(a) - State Law Applicable within Presidio Trust -
                       Assimilating Cal. V.C. § 23103(a) - Reckless Driving
16

17     On or about May 21, 2007, in the Northern District of California, within the boundaries

18  of an area administered by the Presidio Trust and land under the exclusive jurisdiction of the

19  United States, the defendant,

20                                    JACOB B. GIBBS,

21  drove a vehicle upon a highway in willful or wanton disregard for the safety of persons or

22  property, in violation of Title 36, Code of Federal Regulations, Section 1004.2(a),

23  //

24  //

25  //

26  //

27  //

28  //

INFORMATION

1    assimilating California Vehicle Code, Section 23103(a), a Class B Misdemeanor.

2

3

4

5

6    DATED: 6/27/2007                    SCOTT N. SCHOOLS
                                          United States Attorney
7

8                                         IOANA PETROU
9                                         Chief, Major Crimes Section

10

11   (Approved as to form: _____ )
                            WENDY THOMAS
12                          Special Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     INFORMATION