12/17/2007 02:59 PM EDT

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0

San Francisco

Case No. DCAN307CR000410   US V GIBBS

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | JACOB B. GIBBS | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611013520 | 0 | PR | 10.00 | 12/13/2007 |

Division Payment Total          10.00

Grand Total          10.00

$ 10.00  SPECIAL ASSESSMENT
         PAID IN FULL
         on 12-13-07

Page 1 of 1